**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| ROBERT MCGEE, an individual and SUZANNE MCGEE, an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>SUNTRUST MORTGAGE INC. and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 8:14-cv-01477-CJC<br><br>Hon. Cormac J. Carney<br><br>**JUDGMENT**<br><br>State Court Case: 30-2014-00738678-CU-OR-CJC<br>Action Filed:  August 7, 2014<br>Trial Date:    February 7, 2017 |

This matter came before the Court on defendants SunTrust Mortgage, Inc. and U.S. Bank National Association, as Trustee of the BAFC 2007-7's ("Defendants") Motion for Summary Judgment (the "Motion"). Having reviewed the Motion, supporting evidence, and all related filings, and considered the arguments made by the parties, if any, and for the reasons discussed more fully in the Court's Order Granting Motion for Summary Judgment,

**IT IS ORDERED** that summary judgment is hereby entered in favor of Defendants and against plaintiffs Robert McGee and Suzanne McGee.

Dated: December 1, 2016

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1

801733.1